

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00892-CV

Dora **GULLEY,**
Appellant

v.

**STATE FARM LLOYDS,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03371
Honorable Solomon Casseb, III, Judge Presiding

### O R D E R

The reporter's record was due to be filed with this court by January 16, 2014. *See* TEX. R. APP. P. 35.1. On February 20, 2014, court reporter Erminia Uvideo filed a notification of late reporter's record. The notification requested an extension of time to file the record until March 20, 2014, for an extension of sixty-three days.

The request is GRANTED IN PART. The reporter's record must be filed with this court **not later than March 17, 2014. NO FURTHER EXTENSIONS OF TIME TO FILE THE REPORTER'S RECORD WILL BE GRANTED.**

If the reporter's record is not filed as ordered, a SHOW CAUSE order shall issue directing Erminia Uviedo to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on Erminia Uviedo by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court